UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 16-07893-BKT |
|---|---|
| Reynaldo Feliciano-Pinero<br>Vilmarie Guzman-Alejandro<br>Debtors. | CHAPTER 7 |

REPORT OF TRUSTEE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3011

TO THE HONORABLE COURT:

COMES NOW, NOREEN WISCOVITCH-RENTAS, the Chapter 7 trustee in this case, and respectfully states, alleges, and pays:

1. The Trustee of the above estate, reports that the below listed checks(s) has (have) not been cashed by the creditor:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| HOSPITAL HIMA SAN PABLO<br>ELADIO CARTAFENA ESQ<br>PO BOX 4980<br>CAGUAS, PR 00726 | 11 | $144.41 |

Accordingly, by Check No. 5014 in the amount of $144.41, the Trustee hereby consigns the funds to the Clerk of the Court, in Compliance with the provisions of 11 U.S.C. Section 347(a).

WHEREFORE, said Trustee prays the Court to take notice of the above.

RESPECTFULLY SUBMITTED, this 23rd of February, 2019.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to by U.S. First Class Mail to the following this same day:

HOSPITAL HIMA SAN PABLO
ELADIO CARTAFENA ESQ
PO BOX 4980
CAGUAS, PR 00726

<u>/s Noreen Wiscovitch-Rentas</u>
NOREEN WISCOVITCH RENTAS
Chapter 7 Trustee
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918
Tel: (787) 946-0132
noreen@nwr-law.com
